UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE RICHARDSOON FOODS INC.

No. 25-cv-1702 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 24, 2025, the Notice of Record of Appeal Completion was filed on the docket. Dkt. No. 4. Pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellants' briefs were due by May 27, 2025. To date, none have been filed. Appellants shall file their briefs no later than June 10, 2025. Failure to do so may result in dismissal of this appeal pursuant to Rule 8018(a)(4).

SO ORDERED.

Dated:    June 3, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge